HARRY CAMPTON, trustee, etc., respondent,

v.

EDWIN A. BURKE et al., appellants.

[Decided February 1st, 1926.]

On appeal from a decree of the court of chancery, where Vice-Chancellor Church filed the following memorandum:

"Elizabeth Johnson, one of the defendants in this case, filed a petition in bankruptcy on October 24th, 1922, and was adjudicated a bankrupt. The complainant was appointed trustee. About the 11th of May the bankrupt was a lessee in a certain lease made to her by one O. H. Brown, of Spring Lake, covering two boarding-houses known as the Johnson Cottages for a term from January 1st, 1917, to January 1st, 1922.

"In May, 1922, the bankrupt caused the lease to be renewed for a further two-year period, and had the lease taken in the name of Edwin A. Burke, her nephew, another of the defendants. On May 13th, 1922, the bankrupt assigned and transferred to her nephew, Burke, all furnishings, linens, china, glassware, furniture and other property in the two boarding-houses, and also a certain Ford sedan automobile.

"The sole question at issue is whether these transfers were in fraud of creditors. At the time of the transfer she was indebted to her creditors; no consideration was paid by Burke, and Elizabeth Johnson has at all times dealt with the property as though it were her own. Neither Burke nor Johnson appeared in court.

"Without discussing the testimony further, I believe, on the evidence presented before me, that the transfers were clearly fraudulent, and made to prevent creditors from benefiting by any sale of the property.

"I shall therefore advise a decree that these transfers be set aside, and that a proper accounting be had as to the value of the lease and the personal property as of the time of the transfer."

*Messrs. Lum, Tamblyn & Colyer,* for the respondent.

*Messrs. Edwards & Smith,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 15.

*For reversal*—None.

---

GEORGE R. CHRISTIAN, appellant,

*v.*

FACTORY SUPPLIES CORPORATION et al., respondents.

[Decided February 1st, 1926.]

On appeal from a decree of the court of chancery, where Vice-Chancellor Church filed the following opinion:

"These are two creditors' bills filed by judgment and execution creditors of the Factory Supplies Corporation to release two pieces of real estate which it is claimed in equity be-